IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

SEPHAN M. JOHNSON,                          Civil No. 3:11-CV-00254-PK

    Plaintiff,                              ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

MARSH, Judge.

    On April 2, 2012, Magistrate Judge Paul Papak issued Findings and Recommendation (doc. 23), in which he recommends the Commissioner's January 29, 2011, final decision denying plaintiff's application for childhood Supplemental Security Income (SSI) benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-83f should be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the court is relieved of its obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003 (en banc). See also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles de novo, the court does not find any error.

## CONCLUSION

The court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#23). The Commissioner's final decision denying plaintiff's claim for SSI benefits is **AFFIRMED**.

IT IS SO ORDERED.

DATED this __7__ day of May, 2012.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER